```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06 CR 135 RWS |
| ) | DDN |
| BRIAN ALBRIGHT, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM

This action is before the court upon the pretrial motions with respect to defendant Brian Albright only which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for April 12, 2006.

Defendant Albright filed no pretrial motions, and counsel for defendant filed a written waiver of his right to file motions and to participate in an evidentiary hearing. On April 12, 2006, defendant Albright appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

 

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 12, 2006.